**Michael Patrick KEANE, Plaintiff–Appellant,**

v.

**Scott FREEMAN; et al., Defendants–Appellees.**

No. 03–15071.

D.C. No. CV–01–00719–HDM.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.[*]

Decided Dec. 18, 2003.

James Andre Boles, Esq., Law Office of James Andre Boles, Reno, NV, for Plaintiff–Appellant.

Thomas P. Bcko, Erickson, Thorpe & Swainston, LTD, Reno, NV, Mclanic D. Foster, Washoe Co Da, Reno, NV, Lynn G. Pierce, Reno, NV, for Defendants–Appellees.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

## MEMORANDUM **

Michael Patrick Keane appeals summary judgment for defendants in his 42

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

U.S.C. § 1983 action relating to a temporary protection order against him obtained by Keane's former wife. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Harvey v. Waldron,* 210 F.3d 1008, 1013 (9th Cir.2000), and we vacate and remand for consideration in light of *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). *See Harvey,* 210 F.3d at 1014.

VACATED AND REMANDED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.